CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. WILCOX, M.D., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HI-DESERT MEMORIAL HEALTHCARE DISTRICT, a California Corporation doing business as HI-DESERT MEDICAL CENTER, MEDICAL EXECUTIVE COMMITTEE OF THE MEDICAL STAFF OF HIGH DESERT MEDICAL CENTER, MADHUSUDHAN GUPTA, M.D., ANDRE KASKO, D.O., AYED GHARGHOURY, M.D., W. STEPHEN BUSH, M.D., RENATO GUZMAN, M.D., EDWARD COOPER, M.D., JEFFREY SEIP, M.D., SUMIT MAHAJAN, M.D., HOMAN, M.D., ABDOLLAH ZADEH, M.D., AND LIONEL CHADWICK, PHD.,<br><br>Defendants. | Case No. **CV11-1994-MWF (OPx)**<br><br>**JUDGMENT** |

1

Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion for Summary Judgment came on regularly for hearing on January 28, 2013.  The Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, ordered that Defendants' Motion be GRANTED.  (Order Granting Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion for Summary Judgment (Docket No. 57)).

In light of the foregoing, in accordance with the Order, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered against Plaintiff Dennis D. Wilcox and in favor of Defendants;
2. Wilcox will take nothing by way of the Complaint and this action is dismissed with prejudice on its merits and in its entirety; and
3. Defendants may submit an application to tax costs according to proof.

IT IS SO ORDERED.

DATED:  April 15, 2013

MICHAEL W. FITZGERALD
United States District Judge

2